Eva Cohen, complainant, v. Julius A. Polikoff et al., defendants, on appeal of The Fidelity and Casualty Company of New York, appellant. Gen. No. 37,423.

 presiding. Heard in the third division of this court for the first district at the February term, 1934. Opinion filed March 14, 1934.

William Greene and H. L. Howard, for appellant. Isador Becker, for appellee; Ben A. Stewart, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Anton Tisoncik, appellee, v. Gage Park Building Loan and Homestead Association, appellant. Gen. No. 36,691.

 Heard in the third division of this court for the first district at the April term, 1933. Opinion filed March 14, 1934.

Joseph F. Elward and Michael S. Rehak, for appellant. Victor Frohlich, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Lillian Merens, appellant, v. Lawrence Avenue National Bank of Chicago and Frank J. Cimral, receiver, appellees. Gen. No. 36,704.

 Heard in the third division of this court for the first district at the April term, 1933. Opinion filed March 14, 1934.

Daniel A. Uretz, for appellant; Walter H. Shurtleff, of counsel. Roy Massena, for appellees; Donald N. Schaffer, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Lena Sherman, complainant, v. Carl H. Olson et al., defendants.

Henry F. Eidmann et al., cross complainants, appellants, v. Carl H. Olson et al., cross defendants. Lena Sherman, appellee. Gen. No. 36,793.

 Heard in the third division of this court for the first district at the June term, 1933. Opinion filed March 14, 1934.

Tatge & Tatge, for appellants; Robert F. Kolb, of counsel. Abrams, Sherman & Lewis, for appellee; Clyde C. Fisher, of counsel.

Mr. Justice Wilson delivered the opinion of the court.